# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2026

## NO. 03-25-00836-CV

**Reuben R. Beckmann, Appellant**

**v.**

**Eileen M. Beckmann, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND ELLIS
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS

This is an appeal from the order signed by the trial court on October 13, 2025. Reuben R. Beckmann has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.